Alex Hill, OSB No. 135515
ahhill@grsm.com
Direct Dial: (503) 382-3841
Jessica Wilcox, OSB No. 124988
jwilcox@grsm.com
Direct Dial: (503) 382-3889
GORDON REES SCULLY MANSUKHANI LLP
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Tel: (503) 222-1075
Fax: (503) 616-3600

*Attorneys for Defendant U.S Green Building Council, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| STEPHANIE HAYS GABRIEL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. GREEN BUILDING COUNCIL, INC., a nonprofit corporation,<br><br>Defendant. | CASE NO. 3:26-cv-001786<br><br>**DEFENDANTS' NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1441 AND 1446** |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant U.S. Green Building Council, Inc. ("Defendant"), by and through its attorneys, hereby remove this action—Multnomah County Circuit Court Case No. 26CV40679—to the United States District Court for the District of Oregon, Portland Division. Defendant is entitled to remove this case to Federal Court because this Court has diversity jurisdiction over the underlying dispute and Defendant is filing this notice of removal within 30 days of receiving the complaint.

///

**THE REMOVED CASE**

1. The removed case is a state-law action alleging negligence and breach of contract.

2. On July 31, 2026, Plaintiff Stephanie Hays Gabriel filed a complaint alleging $600,000 in damages, which is above the $75,000 necessary for removal to Federal Court.

3. Defendant U.S. Green Building Council, Inc. is an incorporated in Washington D.C. and also has its principal place of business in Washington D.C. Thus, Defendant is a citizen of the District of Columbia pursuant to 28 U.S.C. § 1332 (c)(1). Therefore, there is diversity among the parties.

**PAPERS FROM REMOVED ACTION**

4. Pursuant to 28 U.S.C. § 1446(a), Defendant attach to this Notice of Removal a copy of all process, pleadings, and other papers or exhibits of every kind, including depositions, on file in the state court. *See* Exhibits 1-3, attached hereto.

**THE REMOVAL IS TIMELY**

5. Under 28 U.S.C. § 1446(b), a defendant must file a notice of removal within 30 days after receiving the complaint. Here, Plaintiffs purport to have effected service of the Complaint and Summonses on Defendant on August 18, 2026. *See* Acceptance of Service, Exhibit 2. Thirty (30) days have not yet expired since service was accomplished. Accordingly, this removal is timely.

**VENUE IS PROPER**

6. Under U.S.C. § 1441(a), a removable state-court case should be removed to "the district and division embracing the place where such action is pending." Plaintiffs filed their Complaint in the Multnomah County Circuit Court in Multnomah County, Oregon. *See* Exhibit 1, Compl. Multnomah County, Oregon is within the United States District Court for the District of Oregon, Portland Division. The Portland Division is therefore the proper venue for initial removal.

///



**GORDON REES SCULLY MANSUKHANI LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile : (503) 616-3600

**FILING OF REMOVAL PAPERS**

7. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this Notice of Removal with the Multnomah County Circuit Court, Multnomah County, Oregon, and will serve a copy of the same upon counsel for Plaintiff. By filing this Notice of Removal, Defendant do not waive any jurisdictional or other defenses that might be available to it. In addition, Defendant expressly reserves the right to move for transfer and for dismissal of some or all of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure. Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant hereby remove this action from the Multnomah County Circuit Court, Multnomah County, Oregon, to the United States District Court for the District of Oregon, Portland Division and requests that this Court retain jurisdictions for all further proceedings in this matter. Should any question arise as to the removal of this matter, Defendant respectfully request an opportunity to conduct appropriate discovery and/or to provide briefing and oral argument as to why removal is proper.

Dated: August 27, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: *Alex Hill*______________________________
Alex Hill, OSB No. 135515
ahhill@grsm.com
Jessica Wilcox, OSB No. 124988
jwilcox@grsm.com
*Attorneys for Defendant*



GORDON REES SCULLY MANSUKHANI LLP
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile : (503) 616-3600

**CERTIFICATE OF SERVICE**

***Stephanie Hays Gabriel v. U.S. Green Building Council, Inc.***

I hereby certify that on this 27th day of August 2026, a true and correct copy of the foregoing document, was sent electronically to the below registered participants as identified on the Notice of Electronic Filing.

Emily Teplin Fox
FOX LAW LLC
610 SW Alder St. Suite 910
Portland, OR 97205
emily@foxlawpdx.com
***Of Attorneys for Plaintiff***

By: *s/ Erika Overson*
Erika Overson, Legal Assistant
eoverson@grsm.com



**GORDON REES SCULLY MANSUKHANI LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile : (503) 616-3600